PATRICK M. SOLURI (State Bar No. 210036)
OSHA R. MESERVE (State Bar No. 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street, Sacramento, California 95814
Telephone: (916) 455-7300
Facsimile: (916) 244-7300
Emails: patrick@semlawyers.com;
osha@semlawyers.com

*Attorneys for Plaintiffs and Petitioners*
*American River Trees and Save the American River Association*

JUSTIN AUGUSTINE (State Bar No. 235561)
MEREDITH STEVENSON (State Bar No. 328712)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375, Oakland, California 94612
Telephone: (510) 844-7100
Facsimile: (510) 844-7150
Emails: jaugustine@biologicaldiversity.org;
mstevenson@biologicaldiversity.org

*Attorneys for Plaintiff and Petitioner*
*Center for Biological Diversity*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER TREES, SAVE THE AMERICAN RIVER ASSOCIATION, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>CENTRAL VALLEY FLOOD PROTECTION BOARD, U.S. ARMY CORPS OF ENGINEERS, and U.S. NATIONAL PARK SERVICE,<br><br>Defendants and Respondents. | No. 2:25-cv-02384-DC-CSK<br><br>**[Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction**<br><br>Date:     November 7, 2025<br>Time:     1:30 p.m.<br>Judge:    Honorable Dena M. Coggins<br>Courtroom: 10<br><br>Action Filed: August 21, 2025 |

Plaintiffs, American River Trees, Save the American River Association, and Center for Biological Diversity (collectively, "Plaintiffs"), challenge the environmental review and approvals by Defendants United States Army Corps of Engineers ("Army Corps"), Central Valley Flood Protection Board ("Flood Board"), and United States National Park Service ("National Park Service") regarding Contracts 3B and 4B of the American River Common Features Project ("Project"). Specifically, Plaintiffs challenge the Environmental Impact Statement / Environmental Impact Report ("EIS/EIR") prepared jointly for the Project by the Army Corps as lead agency under the National Environmental Policy Act ("NEPA") and the Flood Board as lead agency under the California Environmental Quality Act ("CEQA"). Plaintiffs also challenge approval of the Project by the National Park Service pursuant to section 7 of the federal Wild and Scenic Rivers Act and the Flood Board's approval of the Project pursuant to the California Wild and Scenic Rivers Act. This matter is before the Court on Plaintiffs' motion for preliminary injunction. Having considered the parties' submissions, Plaintiffs' motion is GRANTED.

Plaintiffs have shown (1) a likelihood of success on the merits, or at least serious questions going to the merits; (2) a likelihood of irreparable harm in the absence of preliminary relief; (3) that the balance of equities tips in their favor; and (4) that an injunction is in the public interest.

Defendants, their contractors and assigns are hereby ENJOINED from undertaking any ground or vegetation disturbing activities—including site preparation, vegetation removal and tree felling—within the Project area. A nominal bond in the amount of _____ shall issue. *See People of State of Cal. ex rel. Van De Kamp v. Tahoe Reg'l Plan. Agency*, 766 F.2d 1319, 1325 (9th Cir. 1985).

**IT IS SO ORDERED**.

Dated: _____ 2025

                                                Honorable Dena Coggins
United States Distrct Court Judge,
Eastern District of California