PATRICK M. SOLURI (State Bar No. 210036)
OSHA R. MESERVE (State Bar No. 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street, Sacramento, California 95814
Telephone: (916) 455-7300
Facsimile: (916) 244-7300
Emails: patrick@semlawyers.com;
osha@semlawyers.com

*Attorneys for Plaintiffs and Petitioners*
*American River Trees and Save the American River Association*

JUSTIN AUGUSTINE (State Bar No. 235561)
MEREDITH STEVENSON (State Bar No. 328712)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375, Oakland, California 94612
Telephone: (510) 844-7100
Facsimile: (510) 844-7150
Emails: jaugustine@biologicaldiversity.org;
mstevenson@biologicaldiversity.org

*Attorneys for Plaintiff and Petitioner*
*Center for Biological Diversity*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER TREES, SAVE THE AMERICAN RIVER ASSOCIATION, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs and Petitioners, <br><br> v. <br><br> CENTRAL VALLEY FLOOD PROTECTION BOARD, U.S. ARMY CORPS OF ENGINEERS, and U.S. NATIONAL PARK SERVICE, <br><br> Defendants and Respondents. | No. 2:25-cv-02384-DC-CSK <br><br> **Declaration of Cheryl Bly-Chester in Support of Plaintiffs' Motion for Preliminary Injunction** <br><br> Date:  November 7, 2025 <br> Time:  1:30 p.m. <br> Judge:  Honorable Dena M. Coggins <br> Courtroom:  10 <br><br> Action Filed:  August 21, 2025 |

1

Declaration of Cheryl Bly-Chester in Support of Plaintiffs' Motion for Preliminary Injunction

I, Cheryl Bly-Chester, hereby declare:

1. I make this declaration in support of Plaintiff' Motion for Preliminary Injunction.

2. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

**A.   Qualifications**

3. I am the owner and Managing Principal Engineer of Rosewood Environmental Engineering, founded in 1997, providing engineering and environmental guidance to both private and public clients, stakeholders, and policy makers. Since 1982, I have held a Professional Engineers License in the State of California (C34358), with QISP certification, and also hold more than a dozen other state and national certifications, including Qualified Storm Water Pollution Prevention Plan Designer (QSD/QSP), Cal OES Disaster Service Worker Safety Assessor and Trainer, NREP Certified Environmental and Safety Compliance Officer, Certified Risk Assessment and Management Expert, Certified Natural Resources Professional, Certified Sustainability and Resilience Professional. I have authored hundreds of engineering and environmental reports, papers, and articles

4. As Vice Chair of the California State Reclamation Board during its transition to the Central Valley Flood Protection Board (CVFPB) after Hurricane Katrina, I participated in developing statewide policies and conducting rulemaking on levee maintenance evaluating levee performance, stability modelling, bank-erosion processes, and flood risk assessment. I have a particular expertise in engineering inspection protocol design and worked to improve the Department of Water Resources's (DWR) levee inspections and reporting forms, as well as serving as the CVFPB's representative on the Governor's Interagency Emergency Levee Repair Collaborative.

5. The CVFPB served as the control group for developing data collection tools for my doctoral dissertation entitled *A Quantitative Study of California State Board Representation Using Board Design and Appointee Descriptor Variables*.

6. Having worked for Caltrans and having kept my connections through authoring the original Environmental Chapter of the McGraw-Hill reference manual *Highway Engineering*

2

*Handbook* at the Caltrans Director's Request, I was able to lead negotiations of a memorandum of understanding (MOU) between Caltrans and DWR for interagency emergency response in a flood fight where roads are co-located on levees within the Delta.

7.  As the Vice Chair of the State Mining and Geology Board and Chair of the Geohazards Committee, I formed and led a subcommittee for interagency cooperation with the CVFPB in permitting Borrow Pits within flood plains for levee repair and improvements, studying pit capture potential and other technical challenges.

8.  As the Chair for 20 years of the Emergency Readiness Committee of the Society of American Military Engineers, Sacramento Post ( where I am also a Past President, Life Member, and Fellow), I served on the Governor's Emergency Partnership Advisory Workgroup on the Hazardous Waste/Debris Removal Committee.

9.  I served on the Board of the UC Berkely Center for Catastrophic Risk Management (CCRM) and worked as an outside expert when the Center took on several grants to study Katrina Hurricane levee failures and the NSF Resilient and Sustainable Infrastructures (RESIN) Grant in the Delta. I have been a returning guest lecturer and forum moderator at UC Berkeley for both the Environmental Law and Environmental Engineering Departments and have testified to joint committees of the California State legislature.

10. I have served as an expert witness qualified in both Federal and State Court on numerous engineering and environmental and hazardous waste cases, including recently rendered opinions in areas of expertise on water quality and the Wild and Scenic Rivers Act for the American River.

11. I am qualified to render the opinions below:

---

**B. Assignment and Scope**

12. I was retained by counsel for Plaintiffs to render an opinion, to a reasonable degree of engineering certainty, whether granting the requested preliminary injunction — i.e., delaying the subject project for approximately nine (9) to twelve (12) months — would be likely to cause an immediate increase in flood risk to life safety from levee failure in Subreach 3 and Subreach 4 of the Lower American River.

13. My opinions are based on the materials listed in Section 3, additional online sources, my professional training, and experience, accepted engineering practice, peer-reviewed literature, and relevant climate forecasts.

**C. Materials Reviewed**

14. **California Nevada River Forecast Center (CNRFC).** *Quantitative Precipitation Forecasts* (2025).

15. **MBK Engineers / American River Flood Control District.** *Lower American River Streambank Erosion Inspection* (2017).

16. National Weather Service Climate Prediction Center (CPC). *30-Day and 90-Day Precipitation Outlooks* (2025).

17. **UC Davis.** Levee Vegetation Management in California (draft report, 2017).

18. **Northwest Hydraulic Consultants (NHC).** *Lower American River — Subreach 3 Erosion Assessment* (Final Draft, 2019), prepared for SAFCA.

19. **Northwest Hydraulic Consultants (NHC).** *Lower American River Subreach 4 Erosion Assessment (RM 10–14)*. (Draft, June 2018). Prepared for Sacramento Area Flood Control Agency (SAFCA).

20. **U.S. Army Corps of Engineers.** *Best Practices for Vegetation Management on Levees* (Draft, March 2024).

21. **U.S. Army Corps of Engineers** / American River Watershed Common Features (ARCF). Contract 3A — Draft and Final Supplemental Environmental Assessment / SEIR.

22. **U.S. Army Corps of Engineers, Sacramento District.** (2017). *Draft water control manual: Folsom Dam and Lake, American River, California (Appendix VIII to Master Water Control Manual, Sacramento River Basin, California)* (Rev. Sept. 2017). Sacramento, CA: U.S. Army Corps of Engineers.

23. **U.S. Department of the Interior.** Final Environmental Impact Statement: Proposed Designation of Five California Rivers for Inclusion in the National Wild and Scenic Rivers System (1980), Appendix E (American River segment).

24. **USDA-ARS / USACE.** Application of the Bank Stability and Toe Erosion Model (BSTEM) for American River Erosion Countermeasure Design (case study)

---

**D. Technical Analysis and Reasoning**

25. <u>Distinction Between Bank Erosion and Levee Failure</u> -Bank erosion (loss of riverbank material, trees, or riparian habitat) is distinct from potential levee failure (loss of structural toe, overtopping, piping, or slope instability). The NHC Reports explicitly distinguish these, rating levee erosion "low" for all segments in both reports while rating bank erosion "high" in several segments. A "high" bank erosion designation does not indicate imminent levee breach or public-safety risk.

26. <u>No Imminent Failure Mechanisms</u> Identified - Levee breach typically requires proximate triggers: overtopping, piping, sudden toe scour, or geotechnical sliding. The NHC Report identifies none of these mechanisms in Subreach 3. No evidence of immediate instability exists that would change materially in the next 9–12 months.

27. <u>Conservative Local Modeling Practice (BSTEM / ARCF</u>) - The USDA-ARS / USACE BSTEM framework applied on the American River is designed to be conservative, capturing uncertainty in bank stability analysis. Delay alone, without extraordinary hydraulic loading, does not transform "low" levee erosion potential into imminent failure risk.

28. <u>Vegetation Effects in Context</u> - Riparian trees can both stabilize near-surface soils and pose long-term management tradeoffs. UC Davis, and USACE draft guidance emphasize site-specific assessment. In the short term, vegetation retention often increases stability; removal without simultaneous engineered countermeasures can accelerate erosion. This would be especially true in the RM 10-RM 10.4 section where removal of trees during or before the rainy season would be particularly problematic.

29. <u>The DOI Final EIS (1980, Appendix E)</u> also documented that removal of riparian vegetation in the Lower American River would significantly diminish ecological and recreational values, reinforcing that sensitivity to habitat should be considered alongside engineering stability.

30. <u>Climatic / Hydrologic Forecasts and Near-Term Risk -</u> The CPC's most recent 30-day and

90-day precipitation outlooks for California indicate equal chances (EC) for above- or below-normal precipitation, with no strong wet anomaly predicted. The CNRFC forecasts similarly show no systemic expectation of extraordinary storm totals beyond design flood assumptions.

31.     Because the forecasts do not project abnormal wetness, the hydraulic environment over the next 9–12 months is unlikely to exceed modeled or historical design envelopes. Thus, the neutral forecast supports the conclusion that immediate levee failure risk will remain low during the proposed project delay.

32.     <u>Logical Inconsistency in Timing of Vegetation Removal</u> - Best practices recognize avoidance of tree-cutting prior or during the rainy season and flood safety guidance emphasizes stabilization of disturbed soils prior to rainy season. Scheduling tree cutting into the rainy season exposes freshly cut slopes to erosion at the most vulnerable time and so claiming that a delay would increase risk of levee erosion is technically and logically inconsistent. It is important to not remove protective vegetation, especially in any of the vulnerable segments with high bank erosion potential (especially RM 10-10.4), during the rainy season and to control flow in a manner to prevent bank erosion until erosion countermeasures can be implemented, whether or not the injunction is granted.

---

**E. Limitations and Uncertainties**

33.     <u>Age of Source Data</u> - Much of the foundational hydraulic and geotechnical data informing my opinion derives from that gathered for the NHC Report (2016-2017). These data are now approximately eight years old. While levee systems and river geomorphology typically evolve on decadal timeframes, it is possible that unobserved changes (e.g., channel migration, subsidence, or undocumented maintenance activities) have occurred since the report was published.

34.     <u>Forecast Limitations</u> - The Climate Prediction Center (CPC) outlooks are probabilistic and updated monthly or seasonally. They do not predict discrete flood events and cannot eliminate the possibility of localized extreme precipitation, such as atmospheric river storms.

35.     <u>Scope of Assignment</u> - My opinion is confined to professional engineering analysis of levee condition, erosion potential, and flood safety over a short-term (9–12 month) horizon. I did

not perform independent subsurface investigations, soil borings, or field surveys for this declaration.

36.     <u>Professional Standard of Care</u> - The opinions expressed here are based on my expertise in civil engineering, hydrogeomorphology, and flood risk analysis, informed by standard references, published reports, and climate forecasts. As with any professional engineering opinion, conclusions are subject to revision should new data (e.g., updated surveys, flood event records, or monitoring results) become available.

**OPINION STATEMENT**

37.     Based upon my review of the available technical and climatic information reviewed, it is my professional engineering opinion, to a reasonable degree of engineering certainty, that a temporary delay of approximately nine (9) to twelve (12) months in tree cutting and vegetation removal within Subreach 3 and 4 of the American River does not present a material near-term threat to levee stability or public safety and would not result in an immediate or material increase in flood risk to life safety from levee failure.

38.     The cited technical record consistently indicates that levee waterside face and toe erosion potential in Subreach 3 and 4 is rated "low," that mechanisms of sudden levee breach (e.g., overtopping, piping, rapid toe scour) are not presently active or imminent, and that climate outlooks for the 2025–2026 season, though probabilistic, do not mandate a finding of extreme hydrologic loading beyond modeled design envelopes.

39.     This opinion is rendered consistent with the standard of care for licensed civil engineers practicing in flood risk and levee assessment fields in Northern California. It is limited by the age and scope of the underlying studies (e.g., NHC 2019, NHC 2018) and the absence of extraordinary events outside modeled scenarios (such as extreme atmospheric rivers or seismic triggers). My conclusions assume routine inspection and maintenance continue as planned and that flow release planning considers potential downstream erosion impacts to the levee system.

Should local conditions deviate materially from those documented in the cited reports, or should extraordinary natural events occur, the conclusions may require reassessment.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on October 2, 2025, at Roseville, California.

*Cheryl Bly-Chester*
Cheryl Bly-Chester