PATRICK M. SOLURI (State Bar No. 210036)
OSHA R. MESERVE (State Bar No. 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street, Sacramento, California 95814
Telephone: (916) 455-7300
Facsimile: (916) 244-7300
Emails: patrick@semlawyers.com;
osha@semlawyers.com

*Attorneys for Plaintiffs and Petitioners*
*American River Trees and Save the American River Association*

JUSTIN AUGUSTINE (State Bar No. 235561)
MEREDITH STEVENSON (State Bar No. 328712)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375, Oakland, California 94612
Telephone: (510) 844-7100
Facsimile: (510) 844-7150
Emails: jaugustine@biologicaldiversity.org;
mstevenson@biologicaldiversity.org

*Attorneys for Plaintiff and Petitioner*
*Center for Biological Diversity*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER TREES, SAVE THE AMERICAN RIVER ASSOCIATION, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs and Petitioners, <br><br> v. <br><br> CENTRAL VALLEY FLOOD PROTECTION BOARD, U.S. ARMY CORPS OF ENGINEERS, and U.S. NATIONAL PARK SERVICE, <br><br> Defendants and Respondents. | No. 2:25-cv-02384-DC-CSK <br><br> **Declaration of William Avery in Support of Plaintiffs' Motion for Preliminary Injunction** <br><br> Date: November 7, 2025 <br> Time: 1:30 p.m. <br> Judge: Honorable Dena M. Coggins <br> Courtroom: 10 <br><br> Action Filed: August 21, 2025 |

I, William Avery, declare as follows:

1. I am over the age of eighteen and the facts set forth in this declaration are based upon my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts under oath. As to matters that reflect an opinion, they reflect my personal opinion and judgment on the matter. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am submitting this declaration on behalf of myself as well as American River Trees and the Center for Biological Diversity. I have been a member of American River Trees since 2024 and a member of the Center for Biological Diversity since 2025.

3. American River Trees has more than 3,500 members in Sacramento County and beyond who have called upon the Army Corps, and federal, state, and local agency representatives, to give utmost priority to preserving and conserving the American River Parkway's unique and irreplaceable environmental, recreational, and wildlife corridor assets, in their flood control deliberations. Like myself, American River Trees's members visit the Contract 3B area of the Lower American River where they enjoy hiking, swimming, birding, fishing, and photography, and other recreational, scientific, and educational activities.

4. The Center for Biological Diversity is a non-profit conservation organization headquartered in Tucson, Arizona with over 93,927 members including 18,313 in California. The Center works through science, law, and creative media to protect wild places and the wildlife that inhabits them. A critical piece of the Center's work involves the protection and preservation of wild and scenic rivers, including the Lower American River. Members and staff of the Center actively use the Contract 3B section of the Lower American River to recreate and to enjoy the wildlife of the area. The continued persistence of the mature riparian forest in the 3B area is of significant interest to the Center for Biological Diversity and its members.

5. I have been a resident of Sacramento for 28 years. My home for that entire time and for the foreseeable future is located about a block away from the proposed project area for Contract 3B. Prior to moving to Sacramento, I completed a PhD in Ecology at Utah State University, a BS and MA in Biology at Cal Poly Humboldt, served as Marine Biologist for the

1  National Park Service, and served as a SCUBA diver and Engineering Watch Supervisor aboard
2  nuclear submarines while enlisted in the United States Navy.
3        6.      I chose to teach in Sacramento and chose the location of my home because of the
4  access to the American River Parkway and Wild and Scenic American River. At the time it
5  represented an ideal to me of maintaining natural habitat accessible to people as well as providing
6  a habitat corridor/connectivity for wildlife.
7        7.      I chose my neighborhood and home for close access to wildlife habitat, trails
8  through the forests for birding and daily walks, for river access and canoe launching.
9        8.      I worked as a Professor of Biological Sciences at California State University
10 Sacramento (CSUS) for 22 years and am retired now and serving as an Emeritus Professor. I
11 taught courses in General Biology, Zoology, General Ecology, Community Ecology, Ornithology,
12 Herpetology, Comparative Vertebrate Anatomy, and Graduate Research Methods.
13       9.      I took many hundreds of students on field trips into the parkway around CSUS
14 where I described the value of the preserved riparian habitat and the contiguous wildlife corridor
15 that the Parkway represented. I told them how important this was in a time of diminishing habitat
16 and habitat connectivity to have corridors where animals could safely travel as seasons changed,
17 as high flows came and went, without having to cross roads and traffic, cities and towns.
18       10.      I would be hard pressed to demonstrate that a wildlife corridor still exists in the
19 vicinity of CSUS where Contracts 2-1 and 2-2 have already removed much of the riparian habitat.
20 The following pictures show the massive loss of vegetation along the American River's banks at
21 "Site 2-2 within Contract 2" (near the Howe Ave. Bridge):





11.     In part because of the devastation I had witnessed as to Contract 2 near CSUS, I actively participated in the public comment process for Contract 3B. For example, I submitted extensive comments discussing the overwhelming negative impacts that Contract 3B would cause to the mature riparian forest of the 3B area, as well as its wildlife inhabitants.

12.     Loss of wildlife habitat and loss of wildlife corridor connectivity will reduce all local populations of wildlife. Many species of birds and mammals will find the new replacement

river bank and riprap inhospitable. This is tragic for its own sake but will reduce the outstanding recreational and fishery value of this Wild and Scenic River.

13. In addition to the habitat lost, there will be a loss of habitat depth as to connected patches of remaining trees—this means the wildlife's sense of safe interior habitat will be reduced and a loss of species that depend on interior habitat. Species like owls, bobcats, and deer, which I see fairly regularly now, may no longer be able to reside here and will vanish from the 3B area.



Photos of bobcats observed in the C3B segment 4-3 area.



Photo of river otters and bald eagle observed in the C3B segment 4-3 area



Photo of the C3B area looking towards Watt Avenue from segment 4-3 area.

14. My comments also described alternatives to the Project that would not require the substantial loss of mature forest, but would nonetheless address the flood protection issues the Project seeks to address. I explained in my comments how these alternatives were in line with Defendants' own findings, such as with respect to river velocity. I offered to sit down and discuss these alternatives with Defendants but was never afforded the opportunity to do so in a meaningful way. I believe a comprehensive analysis of alternatives, such as the bioengineering options discussed in comments submitted by myself and others, should and could have been done, and it would have likely resulted in a very different approach to erosion control measures than those adopted by Defendants.

15. If Contract 3B is not enjoined by this Court to stop the forest removal from going forward this fall, nature seekers and birders, like myself, will experience a great loss. The wildlife species currently seen in the 3B segments will be lost or greatly diminished as they are no longer able to use the 3B area due to the extensive loss of forest and cover. This loss of nature will also be devastating for my peace of mind as well as many other people who rely on the nearby nature for mental and spiritual rejuvenation.

16. There are unfortunately multiple examples of what will be lost to myself and others who enjoy the 3B area. For example, I walk regularly to the beach located at segment 4-3 of Contract 3B, often called Sunset Beach or Sunset Point. This beach is shaded by heritage oaks and other large trees, such as walnuts, Oregon ash and alders. Besides myself, I often see other people and many families and fishermen enjoying this spot. There are owls of three species I hear here at night, and wood ducks and mergansers brood their eggs and rear their young here every year in nest cavities. The snags that harbor the nest cavities as well as the large trees that provide the beauty and shade will be destroyed unnecessarily by Contract 3B.

 

Photos from C3B segment 4-3 sometimes called Sunset Point

17. It is impossible to overstate just how devastating the loss of the beach and mature forest in segment 4-3 of Contract 3B area will be to myself and the countless other people that currently enjoy it. To illustrate the importance of this area, I offer the following story of my observations of one of several merganser families reared in a dead cottonwood tree which will be destroyed in segment 4-3 (near Larchmont Park): From our canoe, Kodi, my dog, and I heard the

duck flying overhead before we saw it. A female Common Merganser. "Gabidah gabidah" she seemed to be saying as she flew in long high-speed wide-looping figure eights past the nest cavity located in the old cottonwood situated in the forest overlooking the American River. She was calling to her fuzzy little hatchlings, trying to convince them to leap thirty feet to the forest floor and join her on the river. I tried to get a photo on my phone but between canoe drifting downstream and the breeze blowing upstream it was too hard to maintain position! I knew I'd have to come back later, and with a better camera. After lunch Kodi and I returned with a digital camera and a longer lens. This time we approached on foot via a trail into the forest from Larchmont Park. Keeping a respectful distance from the old tree, we waited and watched. I photographed a possible opening to her nest cavity. But there was no sign of any duck, no feathers; and babies, if any, were silent. We waited and watched. Suddenly…Whoosh! Mother merganser splashed down in a little gravel bay protected by large tree roots. "Gabidah gabidah" she loudly quacked. And then the peeping of the babies started from the grasses near the base of the cottonwood. They had jumped and were ready to start their journey to the water! Kodi and I backed away to give them some space. I got the camera into position, ready to snap a photo if we saw them crossing a narrow trail on their way to the water. We got to see them but they were running very fast and mostly under cover of grasses and other protective vegetation. Six babies scrambled down the bank and made it to their mother. Kodi and I backed away a little further to give the remaining babies plenty of room to feel safe making it to the water. "Peep peep peep" they called. "Gabidah gabidah" responded mother. And mother merganser was joined by six more babies for an even dozen. Each one of them, unable to fly, had to leap from the nest cavity in the old tree, float down to earth, and then run through the grasses and shrubs to the river. Mother led the fuzzy striped ducklings further out into the safer, deeper water. Up till now their safety depended on the trees and other plants of the riparian forest but now they were beginning their next chapter in a most challenging journey to adulthood.

A dozen merganser babies that jumped out of the tree at segment 4-3 to get to their mom.



18. This endearing story is one that I saw repeated two more times over the summer as two more pairs of mergansers reared young in the old cottonwood snag which itself is protected by the riparian forest of segment 4-3. All these trees and snags are slated for removal even though the trees both slow the flow velocities near the levee and riverbank, and protect the river bank from erosion with their extensive root networks. Furthermore, removing the trees and shrubs and grasses here will increase the flow velocities on the levee.

19. I also walk the trails in Segment 3-9 and 3-11 on the North side of the river regularly. Sometimes I access these walks from the Kadema access and sometimes from the Estates access and walk through the segment 4-6 area where 15 trees including heritage oaks are threatened by another a launchable trench next to the levee itself. The USACE's engineering manual shows there are alternative ways to anchor riprap applied to the levee face as they intend to do here. So many people walk on the trail next to the levee here during the summer in the

Declaration of William Avery in Support of Plaintiffs' Motion for Preliminary Injunction

shade of these trees. The unnecessary destruction of these trees will be a terrible loss to me and many hundreds of other regular walkers.

Some of the 15 trees that would be removed by installing a launchable rock trench below this road:

20. The Segment 3-9 equestrian trail loops out from the bike trail in several locations and represents the last stretch of natural river edge in the Kadema area. It represents the last remnant of the native river's edge at the location of this important historic Nisenan village. The Nisenan tribe would have gone down to the river's edge here to fish and launch their tule canoes. It features sandy and silty beaches and nesting sites and basking sites for the western pond turtle (a species that has been proposed for listing under the Endangered Species Act), which I regularly see in this area. I have also observed turkey vultures nesting and fledging in

11

Declaration of William Avery in Support of Plaintiffs' Motion for Preliminary Injunction

cottonwood snags hidden within the band of riparian forest here. This natural riverbank will be obliterated here, along with its history, at a great loss to people like me who love it.



Western Pond Turtles photographed at rivers edge in C3B segment 3-9

Declaration of William Avery in Support of Plaintiffs' Motion for Preliminary Injunction

21. Segment 3-11 has the most picturesque old growth cottonwoods and oaks on the riverside of the equestrian trail. I and many others walk this trail to seek the peace of nature. Horseback riders frequent this special trail as well. Within the riparian forest here is a roosting site for cormorants chosen by them for the trees that hang out over the river but also protected from behind by the old growth tree canopy of the trees just mentioned. Most of the hundreds of double crested cormorants that roost on the lower American River roost at this site. Both their roost trees and the overstory protection trees enjoyed by hikers and equestrians will be obliterated at a great loss for all of us.



The equestrian trail, segment 3-11, trees to be removed on left.

22. Segment 4-1 on the south side of the river is where I take daily walks with my dog Kodi. Heading downstream from Segment 4-2, we first come to what many of us call "Bill Griffith's kayak put in." This is a short but picturesque segment of trail leading down to an alder grove and small beach protected by the robust armoring of the alder roots. This is where Bill Griffith, retired CDFW game warden and biologist, legendary kayak and canoe instructor, dear friend, and long time resident along the river, launched his kayak for daily paddles for 40 years. The beach and bank is so well armored by native vegetation that it has remained relatively unchanged for those four decades, and much longer according to residents that go back 70 years!



A family enjoying Bill Griffith's put in at a small social beach.



The riprap filled with choke stone that USACE wants to apply here. Photo from segment 2-2 near Howe Ave bridge which we have been told will be most like what we will end up with at segments 4-3 and the launchable toe portion of segment 4-1.

23. Continuing along the bank we walk along a river trail protected by grasses and sedges with beautiful cottonwoods to the left, oaks higher up and in the water a sunken ancient oak that has been a stable feature for as many decades. It is called Nessie because of its resemblance to the Loch Ness Monster. Mergansers, sandpipers, herons, egrets, otters and other wildlife use this giant log regularly. These features, Nessie, the overstory forest and the river trail will all be destroyed to install a planting bench (soil filled riprap), and a launchable rock toe (of riprap and choke stone). The beauty will be gone, the nature and wildlife gone, the river inaccessible. Furthermore, as in Segment 4-3, removing the trees and shrubs and grasses here will increase the flow velocities on the levee itself in the event of a 160,000 cfs flow event, thereby actually increasing the chance for levee erosion after the project has been completed.

24. Continuing downriver we next come to a cove referred to by locals as "Pirates Cove" or "Loon Lagoon." This is a beloved spot where generations of original homeowners learned to swim and paddle canoes or kayaks, many of them taught by Bill Griffith. Though it is uncertain exactly what will happen to the lagoon, the USACE plan is to clear the bank above it of riparian trees and elderberry and construct a huge buried rock trench. This probably means the cove will be lost to a slope of riprap and choke stone making it inhospitable for families, swimming, boat launching and any wildlife that currently use it. This will be considered a devastating loss to myself and many others.

25. Continuing downstream from Loon Lagoon is a beautiful native riparian forest occupying two wide berms and consisting of mixed age cottonwoods, old dead trees (called "snags"), as well as Inland Live Oak, Valley Oak, Oregon Ash and White Alder close to the river's edge. This is a very healthy forest used by many species of birds and in which deer can regularly be found. One snag here is a particular favorite of nesting acorn woodpeckers and tree swallows. This forest slows the high flood stage river flow velocities near the levee and thus protects the levee prism from erosion. The forest itself is protected by outcrops of the Fair Oaks Formation or clay banks as it is often called, which is Erosion Resistant Material. There are several trails down to these claybanks from the SARA Park access to the claybanks. USACE has never bothered to map these trails through the forest. USACE plans to destroy the majority of this

forest to install a riprap launchable trench. This portion of the Contract 3B project will have a devastating permanent affect on qualities of the Parkway that I highly value including wildlife, public river access, aesthetic beauty of the river and everyone's sense of flood safety. SARA Park, the very first park designated on the American River Parkway, will be permanently ruined.

26. Downstream of Segment 4-1 we come to Segment 3-8, and then 3-6, another dense strip of riparian forested riverbank. I see deer and coyote regularly here, as is true for all the segments. This riparian strip constitutes part of the important wildlife corridor allowing wildlife to move with their own sense of comfort and safety along the river. Here, USACE wants to clear the banks of riparian vegetation and install riprap launchable toe and soil filled riprap bank. Wildlife will lose their corridor. Hundreds of daily walkers, including myself, will lose an aesthetically beautiful walk and connection to wildlife.

27. Not only will wild riparian habitat be lost but what will be left will be a stark reminder of the failure of the Contract 3B administrative process—failure of responsible administrators to listen to the public and follow the law, and failure of engineers to even try to come up with designs that preserve the attributes of the Wild and Scenic River and the valuable riparian wildlife habitat even though their own data and modeling showed that it could readily be done.

28. Though the more than two years of closure will be very difficult (noise, lack of access, dust, etc), it can be survived. However, lasting damage could be done to children's (e.g., there is an elementary school nearby Larchmont Park) and elder's health (I am a senior and plan to stay here), such as from the air quality impacts that the Project's heavy-duty construction will cause, but was never meaningfully analyzed. House and townhome foundations near the levee could also be harmed from the construction vibration.

29. All of these harms to me and so many others are avoidable under alternative approaches to the project that were not considered. Much smaller alternative approaches would suffice for erosion control and also protect the forest.

30. The American River Parkway and its wildlife inspires me for art, music and writing. For example, here is a painting I did of the mergansers I discussed above:



31.     All of my above-described environmental, scientific, aesthetic, recreational, health, and spiritual values I derive from the 3B area will be irreparably harmed if this Court does not issue an injunction to stop forest removal from moving forward in the 3B area. I would continue to use and enjoy all the 3B areas described above, both in the short-term and long-term, if the 3B project did not prevent me from doing so.

32.     My interests in the 3B area are being adversely and irreparably injured by Defendants' failure to comply with CEQA, NEPA, and the federal and California Wild and Scenic Rivers Acts. These are actual, concrete injuries, and procedural injuries traceable to Defendants' conduct that would be redressed by the requested relief, such as an alternatives analysis that meaningfully explores bioengineering options that would not require such devastating loss of mature forest. Likewise, if the National Park Service is required by this Court to conduct an analysis of Contract 3B that complies with section 7 of the federal Wild and Scenic

1  River Act, my injuries could be redressed, and irreparable harm avoided, because the Project's
2  adverse impacts to the mature forest would actually have to be avoided.
3       33.    If forest removal in the 3B area goes forward, my interests, and those of American
4  River Trees and the Center for Biological Diversity, will be irreparably damaged. The loss of
5  mature riparian forest will impair or eliminate my ability to experience and enjoy this forest in its
6  natural state. If this Court does not enjoin the implementation of Contract 3B, a precious piece of
7  my life, my connection to this forest, will be irreparably lost.

9       I declare under penalty of perjury that the foregoing is true and correct. Executed on
10  October 2, 2025, at Sacramento, California.

_____
William Avery