PATRICK M. SOLURI (State Bar No. 210036)
OSHA R. MESERVE (State Bar No. 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street, Sacramento, California 95814
Telephone: (916) 455-7300
Facsimile: (916) 244-7300
Emails: patrick@semlawyers.com;
osha@semlawyers.com

*Attorneys for Plaintiffs and Petitioners*
*American River Trees and Save the American River Association*

JUSTIN AUGUSTINE (State Bar No. 235561)
MEREDITH STEVENSON (State Bar No. 328712)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375, Oakland, California 94612
Telephone: (510) 844-7100
Facsimile: (510) 844-7150
Emails: jaugustine@biologicaldiversity.org;
mstevenson@biologicaldiversity.org

*Attorneys for Plaintiff and Petitioner*
*Center for Biological Diversity*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER TREES, SAVE THE AMERICAN RIVER ASSOCIATION, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>CENTRAL VALLEY FLOOD PROTECTION BOARD, U.S. ARMY CORPS OF ENGINEERS, and U.S. NATIONAL PARK SERVICE,<br><br>Defendants and Respondents. | No. 2:25-cv-02384-DC-CSK<br><br>**Declaration of William Brattain in Support of Plaintiffs' Motion for Preliminary Injunction**<br><br>Date:     November 7, 2025<br>Time:     1:30 p.m.<br>Judge:    Honorable Dena M. Coggins<br>Courtroom: 10<br><br>Action Filed: August 21, 2025 |

1

Declaration of William Brattain in Support of Plaintiffs' Motion for Preliminary Injunction

I, William Brattain, declare as follows:

1. I am over the age of eighteen and the facts set forth in this declaration are based upon my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts under oath. As to matters that reflect an opinion, they reflect my personal opinion and judgment on the matter. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am submitting this declaration on behalf of myself as well as American River Trees and Save the American River Association. I have been a member of American River Trees since 2024 and a member of Save the American River Association since 2025.

3. American River Trees has more than 3,500 members in Sacramento County and beyond who have called upon the Army Corps, and federal, state, and local agency representatives, to give utmost priority to preserving and conserving the American River Parkway's unique and irreplaceable environmental, recreational, and wildlife corridor assets, in their flood control deliberations. Like myself, American River Trees's members visit the Contract 3B area of the Lower American River where they enjoy hiking, swimming, birding, fishing, and photography, and other recreational, scientific, and educational activities.

4. Save the American River Association is a California non-profit, public benefit, corporation and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for public purposes. SARA is a grassroots organization founded in 1961 to spearhead establishment of the American River Parkway and adoption of the American River Parkway Plan. SARA's mission is to protect and preserve in perpetuity the wildlife habitat, fishery, and recreational resources of the American River Parkway. SARA works to ensure that the American River Parkway will survive and prosper for the benefit of future generations, fighting, when necessary, for the public interest in land and water issues concerning the Lower American River and Parkway. SARA advocates in partnership with and on behalf of the public to protect, preserve, and enhance the publicly owned Parkway property and benefits it provides. SARA and its members have a direct and substantial beneficial interest in

ensuring that Respondents comply with the laws relating to environmental protection along with the Parkway Plan.

5. I am a resident of Sacramento, California, where I have lived for more than 31 years. I regularly visit the American River Parkway in the Contract 3B area for dog walking, hiking, wildlife observation, and enjoyment of the water in the shade of the mature riparian forest.

6. I am a California-registered Civil Engineer, License No. C62145 and my license is currently active and clear. I have been retired since July 2023, having formerly worked as a Water Resource Control Engineer for the Central Valley Regional Water Quality Control Board from March 1999 to July 2023, working on regulation of water quality for landfills, mines, and surface impoundments for 15 years and site/groundwater cleanup for 9 years. My experience extensively included storm water erosion control for landfills and mines.

7. I first visited the Lower American River in 1990 on a rafting trip with friends during a summer I was residing in Elk Grove, CA. I began visiting the river/parkway regularly in 1997 when I lived in the Sun River neighborhood. I moved to the Butterfield/Riviera East neighborhood in 2002 and have visited the Contract 3B part of the parkway/river almost daily since that time. Although I have kayaked on the river in the past, my main activity along the river now is morning walks with my dog along the various trails starting at the Larchmont Community Park. I plan to continue going to the Contract 3B area nearly every day for the foreseeable future to enjoy these areas throughout my retirement. If the project goes forward as currently planned, the natural riparian forest and its heritage trees will be forever lost where I take my walks since such trees cannot grow over riprap and would take hundreds of years to reestablish to current size in any areas where they can grow.

8. The most special spot to me is "Sunset Point" that is located to the north of Larchmont Community Park. If this project occurs as proposed, it will devastate dozens of mature trees that currently form a nearly 100% shade canopy there. Among these are the oak trees called "Odin" and "Thor" that are immediately in line with the upstream equipment ramp that will be used to haul the riprap for the bank protection and launchable toe. These two trees are among the largest and oldest on the entire parkway, both well over 300 years old, and their removal could

easily be avoided by simply moving the ramp location about 100 to 150 feet downstream while still accessing the needed areas. This, along with the loss of dozens of other trees at this location to install unnecessary bank protection (unnecessary due to very low water velocities at the design flow rate) would destroy the shade canopy and the natural beauty of this location that my enjoyment of the area relies upon.

9. If a court were to compel Defendants to fully analyze alternatives to the Project, and to otherwise comply with CEQA, NEPA, and the state and federal Wild and Scenic River Acts, I believe my concerns could be assuaged. For example, it is my hope that if the court orders the Defendants to comply with CEQA and NEPA, a detailed analysis of bioengineering and cobble would occur as was planned and promised by Defendants for the Contract 3B segments in 2015/2016 but for which they never followed through with that promise in the early design stages during 2019 and 2020 as would have been necessary to fairly consider its use. Use of bioengineering and appropriately graded cobble/river rock should be considered segment by segment based on the characteristics of the segment such as, but not limited to, water velocities and past performance during high water events.

10. I include the following pictures of the Odin tree with the Thor tree in the background and of the Larchmont Park river segment (Segment 4-3) during the February 10, 2017 high water event of 82,000 cubic feet per second showing very low water velocities around the trees that are to be removed:

 

11. For all of the above reasons, if Contract 3B goes forward as currently authorized, my interest in this special area of the Lower American River will be irreparably harmed. I personally depend on the remaining mature riparian forest within the 3B area for my recreational and other interests. This forest is irreplaceable and the proposed Contract 3B will imperil my interests, and those of American River Trees and Save the American River Association, by the implementation of Contract 3B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2025, at Sacramento, California.

William Brattain