PATRICK M. SOLURI (State Bar No. 210036)
OSHA R. MESERVE (State Bar No. 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street, Sacramento, California 95814
Telephone: (916) 455-7300
Facsimile: (916) 244-7300
Emails: patrick@semlawyers.com;
osha@semlawyers.com

*Attorneys for Plaintiffs and Petitioners*
*American River Trees and Save the American River Association*

JUSTIN AUGUSTINE (State Bar No. 235561)
MEREDITH STEVENSON (State Bar No. 328712)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375, Oakland, California 94612
Telephone: (510) 844-7100
Facsimile: (510) 844-7150
Emails: jaugustine@biologicaldiversity.org;
mstevenson@biologicaldiversity.org

*Attorneys for Plaintiff and Petitioner*
*Center for Biological Diversity*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER TREES, SAVE THE AMERICAN RIVER ASSOCIATION, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>CENTRAL VALLEY FLOOD PROTECTION BOARD, U.S. ARMY CORPS OF ENGINEERS, and U.S. NATIONAL PARK SERVICE,<br><br>Defendants and Respondents. | No. 2:25-cv-02384-DC-CSK<br><br>**Declaration of Peter C. Spaulding in Support of Plaintiffs' Motion for Preliminary Injunction**<br><br>Date: November 7, 2025<br>Time: 1:30 p.m.<br>Judge: Honorable Dena M. Coggins<br>Courtroom: 10<br><br>Action Filed: August 21, 2025 |

1

Declaration of Peter C. Spaulding in Support of Plaintiffs' Motion for Preliminary Injunction

I, Peter Spaulding, declare as follows:

1. I am over the age of eighteen and the facts set forth in this declaration are based upon my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts under oath. As to matters that reflect an opinion, they reflect my personal opinion and judgment on the matter. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am submitting this declaration on behalf of myself as well as American River Trees and Save the American River Association (SARA). I have been a member of American River Trees and SARA since 2024.

3. I am a resident of Sacramento, California, and have live and recreated along the American River Parkway since 1994. I especially enjoy the area of the Parkway where Contract 3B would occur, such as along the southern side of the River between the Watt Avenue Bridge and Larchmont Park, where I regularly go running, bicycling, kayaking, or paddleboarding, or take my dog for a walk.

4. Because I enjoy recreating in the 3B area of the Parkway, I also spend time helping to maintain it. For instance, since 2010, I have been a volunteer Site Captain for the annual Great America River Clean Up, helping to remove thousands of pounds of trash from the Parkway area on the 3rd Saturday of September. Since 2017, I have also been a volunteer Mile Steward under the American River Parkway Foundation's Adopt-A-Mile Program. I have coordinated about 45 clean-ups, using hundreds of volunteers to remove trash from river mile 10 to river mile 11, which is part of the 3B area.

5. In 2024, after learning about the devastation that would occur to the mature riparian forest as a result of Contract 3B, I helped start the organization, American River Trees.

6. American River Trees has more than 3,500 members in Sacramento County and beyond who have called upon the Army Corps, and federal, state, and local agency representatives, to give utmost priority to preserving and conserving the American River Parkway's unique and irreplaceable environmental, recreational, and wildlife corridor assets, in their flood control deliberations. Like myself, American River Trees's members visit the Contract

3B area of the Lower American River where they enjoy hiking, swimming, birding, fishing, and photography, and other recreational, scientific, and educational activities.

7. I recreate in the 3B area because of the beautiful mature forest that exists there. I enjoy seeing the magnificent large trees, the dense canopy cover, and the wildlife that the forest supports. Despite being near an urban center, the mature forest in the 3B area supports salmon, river otters, beavers, deer, bobcats, and numerous bird species that I often see or hear while out recreating.

8. I bicycle the south side of the river/Parkway between my home and Watt Ave. At that point I ride over the Watt Ave bridge and continue riding on the north side of the river/Parkway to Howe Ave. These areas contain segments 3-5, 3-9, and 3-11, all of which will have a significant number of trees and acres of vegetation removed under 3B that I enjoy seeing and being amongst, as I recreate and look for wildlife. Furthermore, this section of the Jedidiah Smith Bike Trail will be closed for two or more years and the detour onto local streets will harm me by making my ride less enjoyable, less scenic, less relaxing and more dangerous.

9. I also paddle board on the river and travel around the islands between river mile 10.1 and 10.8. This area is included in Site 4-1, segments 3.8, 4.1 and 4.3. The planned bank protection techniques will replace the beaches in this area with riprapped banks. This will not only diminish my ability to enjoy the area, it will harm me by making paddle boarding more difficult and less safe by removing places where I can rest. It will also harm me by removing the trees and vegetation that support the Parkway's wildlife, including mergansers, deer and even eagles that I enjoy observing.

10. I plan to continue recreating in the 3B area nearly every day for the foreseeable future, but I will no longer be able to enjoy this part of the Parkway if the Project goes forward as planned because Contract 3B seeks to remove a significant portion of the area's mature forest. Specifically, not only will the Project prevent me from using the 3B area at all during the vegetation removal and construction phases of the Project (because the area will be closed to the public during that time), the Project will irreparably harm by ability to enjoy the area for the rest

3

Declaration of Peter C. Spaulding in Support of Plaintiffs' Motion for Preliminary Injunction

of my life because it will take many decades or even centuries for a mature forest to grow back—many of the trees to be removed are large trees, decades to centuries old.

11. If a court were to compel Defendants to fully analyze alternatives to the Project, and to otherwise comply with CEQA, NEPA, and the state and federal Wild and Scenic River Acts, I believe my interests could be protected. For example, I believe that if the court orders Defendants to comply with CEQA, NEPA, and/or the state and federal Wild and Scenic River Acts, a rigorous alternatives analysis would occur that would allow for bioengineering methods to be used in the 3B area which would avoid destruction of the mature forest.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2025, at Sacramento, California.

*/s/ Peter Spaulding*
Peter C. Spaulding