1   PATRICK M. SOLURI (State Bar No. 210036)
    OSHA R. MESERVE (State Bar No. 204240)
2   SOLURI MESERVE, A LAW CORPORATION
    510 8th Street, Sacramento, California 95814
3   Telephone: (916) 455-7300
    Facsimile: (916) 244-7300
4   Emails: patrick@semlawyers.com;
    osha@semlawyers.com
5

6   *Attorneys for Plaintiffs and Petitioners*
    *American River Trees and Save the American River Association*

7   JUSTIN AUGUSTINE (State Bar No. 235561)
    MEREDITH STEVENSON (State Bar No. 328712)
8   CENTER FOR BIOLOGICAL DIVERSITY
    2100 Franklin Street, Suite 375, Oakland, California 94612
9   Telephone: (510) 844-7100
    Facsimile: (510) 844-7150
10  Emails: jaugustine@biologicaldiversity.org;
    mstevenson@biologicaldiversity.org
11

12  *Attorneys for Plaintiff and Petitioner*
    *Center for Biological Diversity*

13              **UNITED STATES DISTRICT COURT**

14             **EASTERN DISTRICT OF CALIFORNIA**

15

16  AMERICAN RIVER TREES,                        No. 2:25-cv-02384-DC-CSK
    SAVE THE AMERICAN RIVER
17  ASSOCIATION, and CENTER FOR                  **Declaration of Joshua Thomas in Support of**
    BIOLOGICAL DIVERSITY,                        **Plaintiffs' Motion for Preliminary**
18                                               **Injunction**
                   Plaintiffs and Petitioners,
19                                               Date:        November 7, 2025
          v.                                     Time:        1:30 p.m.
20                                               Judge:       Honorable Dena M. Coggins
    CENTRAL VALLEY FLOOD PROTECTION              Courtroom:   10
21  BOARD, U.S. ARMY CORPS OF
    ENGINEERS, and
22  U.S. NATIONAL PARK SERVICE,

23                 Defendants and
                   Respondents.
24                                               Action Filed:  August 21, 2025

25

26

27

28

                                        1

I, Joshua Thomas, declare as follows:

1.      I am over the age of eighteen and the facts set forth in this declaration are based upon my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts under oath. As to matters that reflect an opinion, they reflect my personal opinion and judgment on the matter. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2.      I live in Sacramento County, California. I have been an active participant in the group, American River Trees, an organization formed in 2024 to advocate less destructive measures for flood control and erosion in the SARA Park, Watt Avenue Access, and Kadema areas of the American River Parkway. I am also a member of the Center for Biological Diversity.

3.      In 2019, when my wife and I were looking for a forever home, a friend suggested the La Riviera neighborhood. We wanted to live somewhere we could walk our dog and that was near public transit. As we explored the neighborhood, we walked the trails of SARA Park, where we were enraptured by the lush forest right next to a suburban neighborhood. We were amazed by the array of plant life, from black walnuts to cottonwoods, Oregon Ashes, elderberry bushes, coyote brush, and wild grapes. What especially filled us with wonder was the massive, towering oaks along the trail and the American River. That profound, almost primeval sense of wonder we felt walking those trails is one of my earliest and most dear memories of living here.

Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction

4.      Soon after moving to the La Riviera neighborhood in the summer of 2019, it became a daily ritual to walk the trails at SARA Park with my wife and dog. Every evening we are filled with transcendent joy as we watch the setting sun clothe the riparian forest of SARA Park in golden light. In the mornings I walk my dog to the Watt Avenue Bridge. On longer morning walks we cross over the Watt Bridge and walk the Kadema trail. Along the path from Waterton Avenue to the Watt Bridge, many heritage oaks overhang the trail and the road, offering a continuous and long walk alongside riparian forest that induces an almost meditative serenity as the sun rises behind us, illuminating the trees in white morning light. On the Kadema trail we venture past majestic cottonwoods, valley oaks, and white alders. It has been a frequent delight to see birds roosting in the branches of the Kadema trail trees as well as turtles sun-bathing on in-stream logs.



Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction

5.      In October of 2021, my son was born. As I was still working on a dissertation about the history of flood control in the Sacramento Valley, I decided to become a full-time stay at home dad. We have gone on many hikes and adventures together on the American River Parkway, and this I believe has fostered in my son a love of the outdoors. But Sacramento is often too hot for comfortable and safe recreation during the summer. We might have been doomed to long, frustrating days indoors if not for one spot we could go to on a 100-degree summer day. This spot is at a beach in the SARA Park area. Its special feature is several heritage oaks overhanging the river. It is one of the best spots I've found in the American River Parkway that is fully shaded even in the middle of a hot summer day.

Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction

Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction

6.      Though the American River Parkway has been subject to extensive development in the past that has removed much of its old growth forest, the heritage oaks and other large trees of SARA Park, the Watt Avenue Access Area, and the Kadema Trail give its riparian forest old growth character. It is possible that some of the heritage oaks are older than this country. They constitute an irreplaceable aspect of my family's ongoing outdoor rituals and habits. Contract 3B of the American River Common Features Project would irrevocably alter the character of these areas. It takes decades, sometimes centuries, for oak trees to reach the size of the ones that will be impacted by Contract 3B. If they are removed, the area may never recover its former grandeur. It certainly won't recover its grandeur in the rest of my lifetime or my son's lifetime.

7.      I am harmed by Defendants failure to consider less destructive biotechnical and bioengineering measures for Contract 3B of the American River Common Features Project. For example, their current approach would remove the heritage oaks, as well as many other trees, which together shade the beach near Larchmont Park. Moreover, Contract 3B will remove the beach altogether and replace its current soil and cobblestone profile with sharp, angular rocks. Consequently, my son and I will no longer be able to walk or recreate there ever again. Contract 3B will directly remove hundreds of large trees, including dozens of heritage oaks. The removal of large trees and vegetation, which will take decades to restore, if it returns at all, denies me, my child, and any future children I might have of the wonders of nature provided by a riparian forest with old-growth characteristics.

8.      I am also harmed by Defendants' failure to account for and specify how they will protect heritage oaks in their plans. Their construction measures will not only directly remove hundreds of trees, but they could also damage over a thousand trees marked for trimming. This is not a hypothetical concern. USACE did erosion work on one small segment of SARA Park in 2011, where they left a large, 50-inch diameter live oak. Since then, that live oak has fallen over, likely because heavy construction equipment compacted the soil over its root network. If riparian forest dies because of nearby heavy construction, I will be deprived of the benefits of living near a riparian forest, benefits which include recreation, aesthetic enjoyment, metal health

Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction

1    rejuvenation, and family adventures that I would continue to enjoy if Contract 3B does not go

2    forward in its current form.

3        9.    If a court were to compel Defendants to fully analyze alternatives to the Project,

4    and to otherwise comply with CEQA, NEPA, and/or the state and federal Wild and Scenic River

5    Acts, I believe my interests could be protected. For example, I believe that if the court orders

6    Defendants to comply with CEQA, NEPA, and/or the state and federal Wild and Scenic River

7    Acts, a rigorous alternatives analysis would occur that would allow for alternative methods to be

8    used in the 3B area which would avoid destruction of the mature forest while still achieving flood

9    control.

10        10.    Furthermore, while I plan to continue visiting and recreating in the 3B area nearly

11    every day for the foreseeable future, I will no longer be able to do so if this Court does not grant

12    Plaintiffs' request for a preliminary injunction. Absent injunctive relief, Defendants intend to

13    immediately remove the mature forest, and therefore, the project will prevent me from using the

14    3B area at all during the vegetation removal and construction phases (because the area will be

15    closed to the public during that time).

16        11.    I personally depend on the remaining mature riparian forest within the 3B area for

17    my recreation, and my relationship with the natural world, including riparian forest habitats and

18    the species that live there. This forest is irreplaceable and my personal interests, and those of

19    American River Trees and the Center for Biological Diversity, would be irreparably harmed by

20    the implementation of Contract 3B.

21

22        I declare under penalty of perjury that the foregoing is true and correct. Executed on

23    October 2, 2025, at Sacramento, California.

24

25    _____
      Joshua Thomas

26

27

28

11

Declaration of Joshua Thomas in Support of Plaintiffs' Motion for Preliminary Injunction